IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SPRINT CELLULAR TELEPHONES ASSIGNED CALL NUMBER (937) 397-2865 IMSI #316010161353559 AND CALL NUMBER (937) 219-7119, ESN 268435460712144539 | CASE NO.   3:12 MJ 072 |

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Search Warrant, Supporting Affidavit and Return for captioned case be sealed and kept from public inspection until further Order of this Court.

\_\_\_7-1-16\_\_\_\_\_
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE